VALL-ESPINOSA, DEMANDANTE Y APELADO, v, NITRATE AGENCIES CO., DEMANDADA Y APELANTE.

Corte de Distrito de San Juan, Sección Primera.

No. 2382.—Resuelto en julio 28, 1922.

El demandante, un comisionista, ha presentado demanda para cobrar su comisión por dos ventas de abono que hizo para la apelante.

La demandada admitió su responsabilidad en cuanto a una de estas ventas e hizo la consignación de la suma reclamada.

La sentencia por $1,624 intereses legales y costas es a favor del demandante deduciéndose de esa suma la que se había depositado.

La apelante alega entre otros errores que se discuten extensamente, que la corte de distrito erró al dictar sentencia en septiembre 23, 1920 después de radicado el alegato del demandante en septiembre 14, y sin haber recibido el alegato de la, demandada en contestación y antes de vencerse el plazo de 15 días después de entregada la copia del alegato del demandante. Los otros errores se refieren casi exclusivamente a la apreciación hecha por la corte de los actos de las partes en relación con la venta del abono.

Terminado el juicio en julio 7 la corte concedió al demandante 15 días para presentar su *brief* y 15 días a la demandada para el suyo. La sentencia se dictó en septiembre 23.

En una moción de reconsideración se alega que el *brief* del demandante no fué presentado hasta septiembre 14 y la

teoría del apelante es que él tenía derecho a un término de 15 días a partir de esa fecha para presentar un *brief* en contestación. La moción fué declarada sin lugar sin expresar las razones en que se fundaba. La orden no especificaba un período de 15 días ''después de notificado con copia del *brief* del demandante'' dentro del cual debe presentar su *brief* la demandada como se alega en la moción y sostiene ahora la apelante. No consta si fué la intención fijar únicamente un término de 15 días para que ambas partes radicaran los *briefs* o si ambos alegatos habían de quedar radicados dentro de 30 días a lo sumo o si no consideró necesario esperar el alegato del demandante. La orden está sujeta a cualquiera de las dos interpretaciones. Dentro de las circunstancias no encontramos motivo suficiente para revocar por no haberse esperado más de nueve días después de recibido el alegato del demandante y más de dos meses y medio de la fecha del juicio, antes de que se dictara sentencia.

El demandante ha quedado sujeto también debido a sus propias actuaciones al tomar la iniciativa para hacer una modificación de la orden y proponer un nuevo arreglo, debiendo fijarse la sentencia sobre la base del número de toneladas entregadas por virtud del nuevo convenio y no por el número de las especificadas en la primitiva orden, y así modificada la sentencia confirmarse.

El Juez Asociado Sr. Hutchison, emitió la opinión del tribunal.